

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 21 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

DS001635

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY GUMPERT and | § |
| MARTIN COYNE | § |
|     Plaintiffs, | § |
| | § |
| | § |
| vs. | § |
| | § |
| ABF FREIGHT SYSTEM, INC. | § |
| BARRY SIRCY, TOMMY WALKER, | § |
| ROBERT GRAVES, GEORGE WARREN, | § |
| PERRY WAYNE MIDDLEBROOK, | § |
| RICHARD CRAWFORD, | § |
| RICHARD FISER, DAN NOONKESTER, | § |
| RICHARD MARTINEZ, | § |
| RICHARD PASSMORE and | § |
| LEONARD ESNER, JR. | § |
|     Defendants. | § |

# 3 0 6 - C V 1 1 0 2 - B

CIVIL ACTION NO. _____

DS001635

## DEFENDANTS' NOTICE OF REMOVAL

Defendant ABF Freight System, Inc. ("ABF") and Defendants Barry Sircy, Tommy Walker, Robert Graves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fiser, Dan Noonkester, Richard Martinez, Richard Passmore, and Leonard Esner, Jr. (the "Individual Defendants") (collectively called "Defendants"), file this Notice of Removal pursuant to Fed. R. Civ. P. 81(c) and in support of same would respectfully show the Court as follows:

ABF and the Individual Defendants are the Defendants in a civil action brought against them in the 160th Judicial District of Texas, Dallas County, Texas, entitled "*Jerry Gumpert and Martin Coyne vs. ABF Freight System, Inc., Barry Sircy, Tommy Walker, Robert Graves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fiser, Dan Noonkester, Richard Martinez, Richard Passmore and Leonard Esner, Jr.*," and bearing Cause No. 05-12540. A true

and correct copy of all pleadings, process, orders, docket sheets, and all other filings in the State Court Action are also being filed (see Appendix A), as required by 28 U.S.C. Section 1446(a).

Plaintiffs brought this civil action in a State court of which the district courts of the United States have original jurisdiction. This action is removable to this Court because this District and Division is the United States District Court which embraces the place where such action is pending (Dallas County, Texas), as required by 28 U.S.C. Section 1441(a).

This case is now removable because Defendants have ascertained from "other paper," as set forth in 28 U.S.C. Section 1446(b),[1] that this case is one that can be removed to federal court under 28 U.S.C. Section 1331. Plaintiffs did not expressly indicate in their initial pleadings that there was a question of federal law in this case, or that the case was otherwise removable to federal court. However, in Plaintiffs' May 31, 2006 responses to the Request for Disclosures of both ABF and the Individual Defendants, they accused Defendants of violating Title VII of the Civil Rights Act of 1964. In their response to request number three in both responses, Plaintiffs stated that "Plaintiffs have been subjected to libel, to sexual harassment in the nature of a hostile working environment and to retaliation in violation of Title VII of the Civil Rights Act of 1964...."[2] Additionally, Plaintiff Marty Coyne verified his allegations against ABF for violations of Title VII in his deposition testimony on June 9, 2006. In this deposition, he testified as follows:

> Q. And you claim that as to ABF you are bringing claims for libel; is that correct?
> A. Correct.
> Q. Sexual harassment in the nature of a hostile work environment; do you see that?

---

[1] 28 U.S.C. Section 1446 states in part:

If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable....

[2] *See* response to request number 3 in Exhibits 1 and 2.

A.   Correct.
Q.   And in retaliation in violation of Title 7 of the Civil Rights Act of 1964 and the Texas Labor Code; do you see that?
A.   Yes, I do.
Q.   Is that an accurate description of your claims?
A.   Yes.
     MR. ADAMS: Objection, form.
Q.   (BY MR. MCCABE) I am sorry?
A.   I have brought all these charges against them –
Q.   Uh—huh.
A.   -- for what they have done to me --[3]

***

Q.   (BY MR. MCCABE)  All I'm trying to do, Mr. Coyne, is understand if the claims and defenses that you are bringing against ABF are described here in response to request number 3?
     MR. ADAMS: Objection, form.
A.   That's what is says.
Q.   Is there anything that you disagree with?
A.   Pertaining to what?
Q.   Request number 3.
A.   I agree with all these charges.[4]

Courts in the Fifth Circuit hold that discovery responses and also deposition transcripts may serve as "other papers" for purposes of removal under 28 U.S.C. section 1446(b). *Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 494 (5th Cir. 1996) (stating that a transcript of deposition testimony is "other paper" under 28 U.S.C. section 1446(b)); *Chapman v. Powermatic, Inc.*, 969 F.2d 160, 164 (5th Cir. 1992) (stating that "[c]learly the answer to interrogatory which triggered the filing of the notice of removal in this case is... an 'other paper'"); *Johnson v. Dillard Dept. Stores, Inc.*, 836 F. Supp. 390, 391 (N.D. Tex. 1993) (stating that answers to requests for admissions qualified as "other paper" under 29 U.S.C. section 1446).  Consequently, in light of Plaintiffs' allegations that Defendants violated Title VII of the Civil Rights Act of 1964, this matter is removable to federal court under 28 U.S.C. section 1331.

---

[3] *See* Exhibit 3 page 340 lines 19-25 and page 341 lines 1-12.
[4] *See* Exhibit 3 page 342 lines 3-13.

DEFENDANTS' NOTICE OF REMOVAL                                                                 Page 3
D-1444328.2 DOC

This Notice of Removal is timely. Plaintiffs' responses to the Defendants' Requests for Disclosures (served on May 31, 2006) was the first opportunity from which Defendants could ascertain that the case was removable under 28 U.S.C. section 1331. Defendants file this Notice of Removal within thirty (30) days of service of Plaintiffs' responses to the Defendants Requests for Disclosures. It is therefore timely filed as required by 28 U.S.C. Section 1446(b).

Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court in which the State Court Action has been pending and serve all removal documents to Plaintiff's counsel.[5]

No act of Congress prohibits the removal of this action.

For the above reasons, Defendants request that the State Court Action be removed to the United States District Court for the Northern District of Texas, Dallas Division, that this Court assume jurisdiction over this lawsuit and retain this case for final disposition. Defendants request all such other relief, both general and special, at law and in equity, to which they may show themselves to be justly entitled.

---

[5] *See* 28 U.S.C. §1446(d).

Respectfully submitted,

William C. Strock
State Bar No. 19407000
Michael A. McCabe
State Bar No. 24007628
HAYNES AND BOONE , LLP
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Tel:  (214) 651-5000
Fax:  (214) 651-5940
Email:  bill.strock@haynesboone.com
        michael.mccabe@haynesboone.com

ATTORNEYS FOR DEFENDANT
ABF FREIGHT SYSTEMS, INC.

Genice A. G. Rabe
State Bar. No. 16445900
Law Offices of Genice A. G. Rabe
3301 Elm Street
Dallas, Texas  75226
Tel: (214) 939-9228
Fax: (214) 939-9229
Email:  rabelaw@prodigy.net

ATTORNEY FOR BARRY SIRCY,
TOMMY WALKER, ROBERT GRAVES,
GEORGE WARREN, PERRY WAYNE
MIDDLEBROOK, RICHARD
CRAWFORD, RICHARD FISER, DAN
NOONKESTER, RICHARD MARTINEZ,
RICHARD PASSMORE, AND
LEONARD ESNER, JR.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent, facsimile and certified mail, return receipt requested, to the following counsel on this 21st day of June, 2006:

Robert Goodman
5956 Sherry Lane, Suite 800
Dallas, Texas 75225-6597

Carl David Adams
The Law Offices of Carl David Adams
Twin Sixties Tower, Suite 690
6060 North Central Expressway
Dallas, Texas  75206

Genice A.G. Rabe
Law Offices of Genice A.G. Rabe
3301 Elm Street
Dallas, Texas  75226

Michael McCabe

/

CAUSE NO. DC05-12540-H

| | | |
|---|---|---|
| JERRY GUMPERT and | § | IN THE DISTRICT COURT OF |
| MARTIN COYNE | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| ABF FREIGHT SYSTEM, INC., | § | |
| BARRY SIRCY, TOMMY WALKER, | § | |
| ROBERT GRAVES, GEORGE WARREN, | § | |
| PERRY WAYNE MIDDLEBROOK, | § | |
| RICHARD CRAWFORD, RICHARD | § | |
| FISER, DAN NOONKESTER, | § | |
| RICHARD MARTINEZ, | § | |
| RICHARD PASSMORE and | § | |
| LEONARD ESNER, JR. | § | 160TH JUDICIAL DISTRICT |

## PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE

Plaintiffs' respond to Defendant ABF Freight System Inc.'s ("ABF") request for Rule 194

Disclosure as follows:

REQUEST NO. 1:

The correct names of the parties to the lawsuit.

RESPONSE:

Plaintiffs:

Jerry Gumpert
Marty Coyne

Defendants:

ABF Freight System, Inc.
Barry Sircy
Tommy Walker
Robert Graves
George Warren



DEPOSITION EXHIBIT
ABF-23

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE  – Page 1

Perry Wayne Middlebrook
Richard Crawford
Richard Fiser
Dan Noonkester
Richard Martinez
Richard Passmore
Leonard Esner, Jr.

**REQUEST NO. 2:**

The name, address and telephone number of any potential parties.

RESPONSE:

None.

**REQUEST NO. 3:**

The legal theories and, in general, the factual bases of Plaintiff's claims or defenses.

RESPONSE:

Plaintiffs have been subjected to libel, to sexual harassment in the nature of a hostile

working environment and to retaliation in violation of Title VII of the Civil Rights Act of 1964

and the Texas Labor Code.

**REQUEST NO. 4:**

The amount and any method of calculating economic damages, if any, asserted by

Plaintiff.

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 2

RESPONSE:

Lost income related to effect of emotional distress to curtail number of driving

opportunities taken by Plaintiffs estimated by comparison of 2006 wages to 2005 wages to date:

as much as $10,000 per Plaintiff.

REQUEST NO. 5:

The name, address and telephone number of persons having knowledge of relevant facts,

and a brief statement of each identified person's connection with the case.

RESPONSE:

> Jerry Gumpert
> 502 Bryan Drive
> Grand Prairie, Texas 75052
> (972) 642-4027
> Plaintiff

> Marty Coyne
> 11112 Country Road 350
> Terrell, Texas 75161
> (972) 563-6299
> Plaintiff

> Barry Sircy
> c/o Genice A.G. Rabe
> 3301 Elm Street
> Dallas, Texas 75226
> (214) 939-9228
> Defendant and co-worker

> Tommy Walker
> c/o Genice A.G. Rabe
> 3301 Elm Street
> Dallas, Texas 75226
> (214) 939-9228
> Defendant and co-worker

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE  – Page 3

Robert Graves
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

George Warren
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Perry Wayne Middlebrook
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Crawford
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Fiser
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Dan Noonkester
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 4

Richard Martinez
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Passmore
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Leonard Esner, Jr.
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

ABF Freight System, Inc,
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688-0448
Defendant and Plaintiffs' employer

George Burks
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688-0448
Long haul supervisor at Defendant ABF

Skip Sweeten
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Safety supervisor at Defendant ABF

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 5

A.J. Phillips
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Regional Vice President for Defendant ABF

Ken Bryan
c/o Teamsters Local 745
1007 Jonelle St.
Dallas Texas 75217
(214) 398-0661
Union President associated with Defendant ABF

John Evans
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' terminal manager for Defendant ABF

Daniel Pace
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

John Williams
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

Tom Smith
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 6

Oliver Wells
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

Dr. Richard Schmitt
900 W. Mitchell Street
Arlington, Texas 76013
(817) 792-3385
Plaintiffs' medical provider

Dr. Sherril Durbin
319 Osler Dr. Ste 160
Arlington, Texas 76010
Plaintiff Gumpert's medical provider

Dr. James Saalfield
1001 North Waldrop Drive, Ste 708
Arlington, Texas 76012
Plaintiff Gumpert's medical provider

Dr. Kanani Harini
410 Pinson Rd.
Forney, Texas 75126
(972) 564-9380
Plaintiff Coyne's medical provider

Dr. Sheikha Sabri
2305 Ridge Ste 101
Rockwall, Texas 75087
(972) 772-3630
Plaintiff's Coyne former medical provider

REQUEST NO. 6:

For any testifying expert:

1.      The expert's name, address, and telephone number;

2.      The subject matter on which the expert will testify;

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 7

3.   The general substance of the expert's mental impressions and opinions and a brief

summary of the basis of them, or if the expert is not retained by, employed by, or

otherwise subject to the control of Plaintiff, documents reflecting such

information.

4.   If the expert is retained by, employed by, or otherwise subject to the control of

Plaintiff:

a.   All documents, tangible things, reports, models, or data

compilations that have been provided to, reviewed by, or prepared

by or for the expert in anticipation of the expert's testimony; and

b.   The expert's current resume and bibliography.

RESPONSE:

1.   Dr. Richard Schmitt
900 W. Mitchell Street
Arlington, Texas 76013
(817) 792-3385

2.   Effect of Defendants' conduct on Plaintiffs

3.   Plaintiffs suffered emotional distress and other adverse psychological effects of
Defendants' conduct

4.   a. Medical records or authorization to be provided.
b. Any curriculum vitae maintained by Dr. Schmitt to be provided.

REQUEST NO. 7:

Any discoverable indemnity and insuring agreements.

RESPONSE:

None.

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE  – Page 8

REQUEST NO. 8:

     Any discoverable settlement agreement.

RESPONSE:

     None.

REQUEST NO. 9:

     Any discoverable witness statement.

RESPONSE:

     None.

REQUEST NO. 10:

     All medical records and bills reasonably related to the injuries or damages that is the

subject of the case or an authorization permitting the disclosure of such medical records and bills.

RESPONSE:

     Authorization provided.

REQUEST NO. 11:

     All medical records and bills obtained by Defendants by virtue of an authorization

obtained from Plaintiff.

RESPONSE:

     Not applicable.

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE – Page 9

## CERTIFICATE OF SERVICE

I certify that on the ___17___ day of ___June___ , 2006, I served a copy of the above document by ___telecopy___ to the following counsel for Defendants:

By Telecopy 214.651.5940

William C. Strock
Michael A. McCabe
Haynes and Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202

By Telecopy 214.939.9229

Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226

_____
Robert E. Goodman, Jr.

PLAINTIFFS' RESPONSE TO DEFENDANT ABF FREIGHT
SYSTEM INC.'S REQUEST FOR RULE 194 DISCLOSURE  – Page 11

## VERIFICATION

STATE OF TEXAS                          §
                                        §
COUNTY OF $\underline{D A I I A S}$     §

     Before me, the undersigned Notary Public, personally appeared Jerry Gumper,

who, being by me duly sworn, deposed and stated that he is the Plaintiff in this suit and

that the facts stated in the answers in the foregoing Plaintiff Jerry Gumpert's Response to

Defendant ABF Freight System, Inc.'s First Set of Interrogatories are within his personal

knowledge and are true and correct.

                                             Jerry Gumpert

    SUBSCRIBED AND SWORN TO BEFORE ME this $\underline{1st}$ day of

$\underline{\text{June}}$, 2006.

<div style="border: 1px solid;">

IRENE LAU
Notary Public, State of Texas
My Commission Expires
AUGUST 28, 2007

</div>

                                       Notary Public

06-01-'06 18:41 FROM-                                    T-128  P086/106 F-837

Patient's Name: _Jerry G. Dumpert_

Social Security No.: _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_

Date of Birth: _02-07-38_

Home Phone: _972-642-4027_

Work Phone: _214-674-7098_

I hereby authorize _____
to disclose my individually identifiable health information as described below, which may include
information concerning Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency
Syndrome ("AIDS"), mental illness (except for psychotherapy notes), chemical or alcohol
dependency, laboratory test results, medical history, treatment, or any other such related information.
I hereby authorize the above-named health care provider to disclose records obtained in the course
of my evaluation and/or treatment, and to send them by U.S. mail service and/or electronic facsimile
to:

**ROBERT E. GOODMAN, JR.**
**5956 Sherry Lane, Suite 800**
**Dallas, Texas 75225-6597**
**214-368-1765**
**214-368-3974 Telefax**

I understand that Robert E. Goodman, Jr. is not a covered entity, and that the information
released to it may not be protected thereafter by federal and state privacy regulations. I further
understand that when the information is used or disclosed pursuant to this authorization, it may be
subject to re-disclosure by the recipient and may no longer be protected health information.

**DATES OF SERVICE:** _____

**Type of Access Requested:** Copies of Record(s)          Inspection of Record(s)

**Medical Records:**          Entire Record               Selection(s) of PHI as marked:

Admission Summary           Radiology Reports           Psychological Evaluations
Discharge Summary           Laboratory Reports          Physical Therapy
History & Physical          Physical Evaluations        Emergency Room
Consultative Reports        Psychiatric Evaluations     Clinic Notes
Operative Reports           Diagnosis & Treatment       Other: _____

**Billing Records:**          UB92                        HCFA Form

**Purpose for release or disclosure of Protected Health Information:** Pursuant to Title 45, Part 164, Section 164.508(e)(1)(iv) of the Code of Federal Regulations, I state that the purpose of this disclosure is "at the request of the individual."

I understand that this authorization is voluntary and I may refuse to sign this authorization. I understand that the above named healthcare provider may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I further understand that I have a right to receive a copy of this information. This authorization shall expire 365 days from the date of my signature below. I understand that I may revoke this authorization at any time by notifying the medical provider above in writing. I understand that such written revocation must be signed and must ve dated later than the date of this authorization. The revocation will not affect any actions taken before the receipt of the revocation.

It is my express intention that this authorization is given in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (Public Law 104-191); Title 45, Part 164, Section 164.508 of the Code of Federal Regulations; Subtitle I, Chapter 181 of the Texas Health and Safety Code; §159.005 of the Texas Medical Practice Act; §201.405 of the Texas Occupations Code; §202.406 of the Texas Occupations Code; §258.104 of the Texas Dental Practice Act; Title 22, Part 9, Chapter 165 of the Texas Administrative Code; Title 22, Part 3, Chapter 80 of the Texas of the Texas Administrative Code; Title 22, Part 5, Chapter 108 of te Texas Administrative Code; and Title 22, Part 18, Chapter 375 of the Texas Administrative Code.

A copy or facsimile of this authorization is as valid as the original.

I have read the above, or have had it read to me, and authorize the disclosure of the Protected Health Information as stated.

_Jerry D. Dempsey_ _____        _05-15-06_ _____
[Signature of Patient/Legal Guardian or Representative*]            [Date]


_____        _____
[signature of Witness]                      [Date]


* If signed by other than patient, indicate relationship and a description of your authority to act for the patient:

_____

_____

06-01-'06 18:42  FROM-                                         T-128  P088/106 F-837
Haynes and Boone,LLP

## AUTHORIZATION FOR RELEASE OF INFORMATION
## FROM MEDICAL AND PSYCHIATRIC RECORDS

**TO:** All physicians, psychiatrists, psychologists, counselors, mental health care providers, and pharmacies who have examined, tested, counseled, treated, x-rayed, or prescribed or provided prescription drugs to, Jerry Gumpert, SSN: _____, DOB:*02-67-28*as well as, all hospitals, clinics, or institutions in which Jerry Gumpert has been a patient, whether admitted or on an outpatient basis:

This will be your authorization to release all information from my medical records since January 1, 2000 with respect to my physical/mental condition, past, present, and future, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP:

**A.** Information or Medical Records to be Covered by this Release:
Please release any and all records and x-rays which have been made in connection with all examinations, diagnosis, prognosis, evaluation and/or treatment given to me for all medical, mental and/or emotional conditions and/or disorders, including, but not limited to, psychological or psychiatric evaluations; family counseling information; admission summaries; discharge summaries; medical histories; physical examinations; x-ray & lab reports; physician's orders and/or notes; nurse's notes; aftercare plan; drugs prescribed; and financial information.

**B.** Reasons or Purpose for Release:
This consent is subject to revocation at any time in the form of written notice from me, except to the extent that action has been taken and reliance thereon, or without revocation, will expire upon judicial closure of the litigation captioned, *Jerry Gumpert and Martin Ceyn v. ABF Freight System, Inc. Barry Searcy, Thomas Walker, Robert Crews, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fiur, Daniel Noonhunter, and Richard Martinez.* The disclosed information may be subject to redisclosure or other disclosures by the recipient during the course, and for use, in said captioned litigation only. Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_(signature)_ Jerry D. Gumpert
Jerry Gumpert

SUBSCRIBED AND SWORN TO before me, the undersigned authority, by the said Jerry Gumpert

[Check one:]

personally known to me;
proved to me on the oath of _____ who is a credible witness personally known to me; or
proved to me through the following current identification card or other document issued by the federal government or any state government containing the photograph and signature of the acknowledging person: _____.

Given under my hand and seal of office on this _____ day of _____, 2006.

_____
NOTARY PUBLIC

My Commission Expires: _____

1433467.1

## AUTHORIZATION FOR RELEASE OF INFORMATION
### FROM EMPLOYMENT, PAYROLL & PERSONNEL RECORDS

TO:  Custodians of Records who have employed, or otherwise have custody of records pertaining to, Jerry Gumpert, SSN: _____, DOB: _____, whether on a part-time, full time, temporary or regular basis.

This will be your authorization to release any and all information from my personnel, employment, and payroll records, past and present, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP.

A.   Information or Records to be Covered by this Release:
Please release any and all employment and unemployment records, including but not limited to, my job application form or resume, offers of employment, employment agreements or contracts; all forms & records related to my employment; records showing earnings paid to me during my employment; my performance review; and my termination report.

B.   Reasons or Purpose for Release:
This information may be released for use in the litigation captioned, *Jerry Gumpert and Martin Coyne v. ABF Freight System, Inc. Barry Seavy, Thomas Walker, Robert Graves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Firo, Daniel Noonhatter, and Richard Martino*. Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_Jerry B. Gumpert_
Jerry Gumpert

SUBSCRIBED AND SWORN TO before me/the undersigned authority, by the said Jerry Gumpert:

[Check one:]

☐   personally known to me;
☐   proved to me on the oath of _____ who is a credible witness personally known to me; or
☐   proved to me through the following current identification card or other document issued by the federal government or any state government containing the photograph and signature of the acknowledging person: _____.

Given under my hand and seal of office on this _____ day of _____, 2006.

_____
NOTARY PUBLIC

My Commission Expires: _____

1432467.1

## AUTHORIZATION FOR RELEASE OF INFORMATION
## FROM INSURANCE RECORDS

**TO:**  Custodian of Records of all insurance companies who have knowledge of any claim filed by, or on behalf of Jerry Gumpert, SSN: 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    , DOB 02-07-55 ; for insurance benefits.

I hereby authorize you to release all information from your files regarding any claim I made for insurance benefits, to include any records with respect to my physical/mental condition, past, present, and future, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP.

**A.**  <u>Insurance Benefit Information or Medical Records to be Covered by this Release:</u>
I authorize you to release any and all records regarding any claim for insurance benefits since January 1, 1997, including, but not limited to, the following:

1.    Any and all applications for benefits;
2.    Any and all letters, notes or statements regarding benefits or benefits determination(s);
3.    Any and all correspondence regarding benefits or benefits determination(s);
4.    Any and all records and x-rays which have been provided to or obtained by you in connection with all examinations, diagnosis, prognosis, evaluation and/or treatment given to me for all medical, mental and/or emotional conditions and/or disorders, including, but not limited to, psychological or psychiatric evaluations; family counseling information; admission summaries; discharge summaries; medical histories; physical examinations; x-ray & lab reports; physician's orders and/or notes; nurse's notes; aftercare plan; drugs prescribed; and financial information;
5.    Any and all medical or other evaluations regarding my physical/mental condition made or caused to be made by the insurance company;
6.    Any and all determinations regarding my entitlement for benefits;
7.    Any and all records appealing a determination(s); and
8.    Any and all records indicating the payment of benefits.

**B.**  <u>Reasons or Purpose for Release:</u>
This consent is subject to revocation at any time in the form of written notice from me, except to the extent that action has been taken and reliance thereon, or without revocation, will expire upon judicial closure of the litigation captioned, *Jerry Gumpert and Martin Cepec v. ABF Freight System, Inc. Barry Searcy, Thomas Walker, Robert Greese, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fiser, Daniel Noemheimer, and Richard Martinez.* The disclosed information may be subject to redisclose or other disclosures by the recipient during the course, and for use, in said captioned litigation only. Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_Jerry S. Gumpert_
Jerry Gumpert
SSN: 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
DOB: 02-07-55

## WAIVER OF CONFIDENTIALITY

I hereby authorize the law firm of Haynes and Boone, LLP to request the release from the Texas Workforce Commission any and all information concerning any of my worker's compensation claims or files which may be protected by any provisions of Article 8307, Section 9a, Texas Revised Civil Statutes, as amended.

This Waiver of Confidentiality is given solely to and for the use of Haynes & Boone, L.L.P.

_____
Jerry Gumpert

_____
Print or Type Name
JeLLy G. LumpeeT

_____
Social Security Number
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

_____
502 BRiAN De.
GRAND PRATRIS, TX
75052
Print or Type Street Address

_____
Date of Application

THE STATE OF TEXAS          §
                            §
COUNTY OF _____   §

    Before me, the undersigned authority, on this day personally appeared Jerry Gumpert, known to me to be the person whose name is subscribed to the foregoing instrument, and who, after being by me duly sworn, upon his oath states that same was executed for the purposes therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this ____ day of _____, 2006.

_____
Signature of Notary Public

1432467.1

  T-128  P092/106 F-837

## Form 4506

### Request for Copy of Tax Return

Rev. November 2005

Department of the Treasury
Internal Revenue Service

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.
▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature.

OMB No. 1545-0429

Tip. You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. This transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| Jerry Gumpert | |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Previous address shown on the last return filed if different from line 3

5 If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

Michael A. McCabe
Haynes and Boone LLP
901 Main Street, Suite 3100, Dallas, Texas 75202

Caution: If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ **Form 1040**
Note. If the copies must be certified for court or administrative proceedings, check here. . . . . . . . . . . . . . . ☑

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12 / 31 / 2005 | 12 / 31 / 2004 | 12 / 31 / 2003 | 12 / 31 / 2002 |
|---|---|---|---|
| 12 / 31 / 2001 | /  / | /  / | /  / |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | |
|---|---|---|
| a  Cost for each return . . . . . . . . . . . . . . . . . . . . . . | $ | 39.00 |
| b  Number of returns requested on line 7 . . . . . . . . . . . . . . | | |
| c  Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . | $ | |

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☐

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(     )

**Sign Here**
▶ Signature (see instructions)   Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 41721E   Form **4506** (Rev. 11-2005)

Haynes and Boone,LLP 4/26/2006 12:17   FAUL 33707   DALLAS

| WHOSE Records to be Disclosed | Form Approved |
|---|---|
| NAME (First, Middle, Last) | |
| SIGN ▶ | Birthday (mm/dd/yy) |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):**

**OF WHAT**   *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care *for my impairment(s) including, and not limited to:*
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or venereal disease which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also known as Acquired Immune Deficiency Syndrome (AIDS) and tests for HIV.
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers
- Others who may know about my condition (family, neighbors, friends, public officials)

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosure above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**  If not signed by subject of disclosure, specify basis for authority to sign

| **INDIVIDUAL** authorizing disclosure | ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain) |
|---|---|
| SIGN ▶ | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |
| Date Signed | Street Address |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS**   I know the person signing this form or am satisfied of this person's identity.

| SIGN ▶ | If needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ["HIPAA"; 45 CFR parts 160 and 164; 42 U.S. Code section 1320d-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ["FERPA"; 34 CFR parts 99 and 300; and State law.

Form SSA-827 (1-2005) ef (06-2005) Use 3-2003 and Later Editions Until Supply is Exhausted                      Page 1 of 2

06-01-'06 18:46  FROM-
Haynes and Boone,LLP 4720/2006 12:17   PAUL 50707   Dallas
T-128  P094/106 F-837

Form 4506 (Rev. 11-2005)

Page 2

## General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

**Note.** If you are requesting more than one return and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.

## Chart for Individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team, 310 Lowell St., Stop 679, Andover, MA 01810 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team, 4800 Buford Hwy., Stop 91, Chamblee, GA 30341 |
| Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, West Virginia | RAIVS Team, 3651 South Interregional Hwy., Stop 6716 AUSC, Austin, TX 78741 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nebraska, Nevada, New Mexico, Oregon, South Dakota, Utah, Washington, Wyoming | RAIVS Team, 5045 E. Butler Ave., Stop 36101, Fresno, CA 93727 |
| Connecticut, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, North Dakota, Ohio, Wisconsin | RAIVS Team, 2306 E. Bannister Road, Stop 6700 AH1, Kansas City, MO 64150 |
| New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team, DP 135SE, Philadelphia, PA 19255-0695 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team, P.O. Box 9941, Mail Stop 6734, Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Virginia, West Virginia, Wisconsin | RAIVS Team, P.O. Box 145500, Stop 2800 F, Cincinnati, OH 45250 |
| A foreign country, or A.P.O. or F.P.O. address | RAIVS Team, DP 135RE, Philadelphia, PA 19255-0695 |

**Line 1b. Enter your employer identification number (EIN)** if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, you must sign and date Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

All others. See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5, Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign the authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign and authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## IMPORTANT INFORMATION, INCLUDING NOTICE REQUIRED BY THE PRIVACY ACT

All personal information collected by SSA is protected by the Privacy Act of 1974. Once medical information is disclosed to SSA, it is no longer protected by the health information privacy provisions of 45 CFR part 164 (mandated by the Health Insurance Portability and Accountability Act (HIPAA)). SSA retains personal information in strict adherence to the retention schedules established and maintained in conjunction with the National Archives and Records Administration. At the end of a record's useful life cycle, it is destroyed in accordance with the privacy provisions, as specified in 36 CFR part 1228.

SSA is authorized to collect the information on form SSA-827 by sections 205(a), 223(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(1) and 1631 (e)(1)(A) of the Social Security Act. We use the information obtained with this form to determine your eligibility, or continuing eligibility, for benefits, and your ability to manage any benefits received. This use usually includes review of the information by the State agency processing your case and quality control people in SSA. In some cases, your information may also be reviewed by SSA personnel that process your appeal of a decision, or by investigators to resolve allegations of fraud or abuse, and may be used in any related administrative, civil, or criminal proceedings.

Signing this form is voluntary, but failing to sign it, or revoking it before we receive necessary information, could prevent an accurate or timely decision on your claim, and could result in denial or loss of benefits. Although the information we obtain with this form is almost never used for any purpose other than those stated above, the information may be disclosed by SSA without your consent if authorized by Federal laws such as the Privacy Act and the Social Security Act. For example, SSA may disclose information:

1. To enable a third party (e.g., consulting physicians) or other government agency to assist SSA to establish rights to Social Security benefits and/or coverage;
2. Pursuant to law authorizing the release of information from Social Security records (e.g., to the Inspector General, to Federal or State benefit agencies or auditors, or to the Department of Veterans Affairs (VA));
3. For statistical research and audit activities necessary to ensure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract with SSA).

SSA will not redisclose without proper prior written consent information: (1) relating to alcohol and/or drug abuse as covered in 42 CFR part 2, or (2) from educational records for a minor obtained under 34 CFR part 99 (Family Educational Rights and Privacy Act (FERPA)), or (3) regarding mental health, developmental disability, AIDS or HIV.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about possible reasons why information you provide us may be used or given out are available upon request from any Social Security Office.

## PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

Form SSA-827 (1-2005)  ef (06-2005)                                                            Page 2 of 2

SUBSCRIBED AND SWORN TO before me, the undersigned authority, by the said Jerry Gumpert.

[Check one:]

     personally known to me;

     proved to me on the oath of _____ who is a credible witness personally known to me; or

     proved to me through the following current identification card or other document issued by the federal government or any state government containing the photograph and signature of the acknowledging person: _____.

Given under my hand and seal of office on this _____ day of _____, 2006.

_____
NOTARY PUBLIC

_____
(Print Name)

My Commission Expires: _____

1432467.1

## VERIFICATION

STATE OF TEXAS                    §
                                  §
COUNTY OF _____         §

Before me, the undersigned Notary Public, personally appeared Martin Coyne,

who, being by me duly sworn, deposed and stated that he is the Plaintiff in this suit and

that the facts stated in the answers in the foregoing Plaintiff Martin Coyne's Response to

Defendant ABF Freight System, Inc.'s First Set of Interrogatories are within his personal

knowledge and are true and correct.



_____
Martin Coyne

SUBSCRIBED AND SWORN TO BEFORE ME this ____ day of

_____, 2006

**IRENE LAU**
Notary Public, State of Texas
My Commission Expires
AUGUST 28, 2007

_____
Notary Public

**WHOSE Records to be Disclosed**

NAME (First, Middle, Last)   Martin E. Coyne

SSN 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   DOB 12/21/55

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):**

**OF WHAT**   **All my medical records plus education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. All records and other information regarding my treatment, hospitalization, and outpatient care for any impairment(s) including, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or venereal disease which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also known as Acquired Immune Deficiency Syndrome (AIDS) and tests for HIV.
   - Gene-related impairments (including test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers
- Others who may know about my condition (family, neighbors, friends, public officials)

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. (Also, for international claims, to the U.S. Department of State Foreign Service Post.)

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**   If not signed by subject of disclosure, specify basis for authority to sign

**INDIVIDUAL** authorizing disclosure    ☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain)

SIGN ►   *Martin E. Coyne*

If a parent/guardian/personal representative sign here if two signatures required by State law ►

Date Signed    Street Address   11713 County Rd. 350

Phone Number (with area code)   972-863-6299    City   Terrell    State   TX    Zip   75161

**WITNESS**   I know the person signing this form or am satisfied of this person's identity.

SIGN ►        If needed, second witness sign here (e.g., if signed with "X" above)

SIGN ►

Phone Number (or Address)        Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"; 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 20 U.S. Code section 7332; 36 CFR 1.478; 20 U.S. Code section 1232g ("FERPA"; 34 CFR parts 99 and 300; and State law.

Form SSA-827 (1-2005) ef (08-2005)   Use 3-2003 and Later Editions Until Supply Is Exhausted       Page 1 of 2

06-01-'06 18:49 FROM-

T-128 P099/106 F-837

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In these cases, we may ask you to sign more authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent that a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you. SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## IMPORTANT INFORMATION, INCLUDING NOTICE REQUIRED BY THE PRIVACY ACT

All personal information collected by SSA is protected by the Privacy Act of 1974. Once medical information is disclosed to SSA, it is no longer protected by the health information privacy provisions of 45 CFR part 164 (mandated by the Health Insurance Portability and Accountability Act (HIPAA)). SSA retains personal information in strict adherence to the retention schedules established and maintained in conjunction with the National Archives and Records Administration. At the end of a record's useful life cycle, it is destroyed in accordance with the privacy provisions, as specified in 36 CFR part 1228.

SSA is authorized to collect the information on form SSA-827 by sections 205(a), 223(d)(5)(A), 1614(a)(3)(G)(I), 1631(d)(1) and 1631 (e)(1)(A) of the Social Security Act. We use the information obtained with this form to determine your eligibility, or continuing eligibility, for benefits, and your ability to manage any benefits received. This use usually includes review of the information by the State agency processing your case and quality control people in SSA. In some cases, your information may also be reviewed by SSA personnel that process your appeal of a decision, or by investigators to resolve allegations of fraud or abuse, and may be used in any related administrative, civil, or criminal proceedings.

Signing this form is voluntary, but failing to sign it, or revoking it before we receive necessary information, could prevent an accurate or timely decision on your claim, and could result in denial or loss of benefits. Although the information we obtain with this form is almost never used for any purpose other than those stated above, the information may be disclosed by SSA without your consent if authorized by Federal laws such as the Privacy Act and the Social Security Act. For example, SSA may disclose information:

1. To enable a third party (e.g., consulting physicians) or other government agency to assist SSA to establish rights to Social Security benefits and/or coverage;
2. Pursuant to law authorizing the release of information from Social Security records (e.g., to the Inspector General, to Federal or State benefit agencies or auditors, or to the Department of Veterans Affairs (VA));
3. For statistical research and audit activities necessary to ensure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract with SSA).

SSA will not redisclose without proper prior written consent information: (1) relating to alcohol and/or drug abuse as covered in 42 CFR part 2, or (2) from educational records for a minor obtained under 34 CFR part 99 (Family Educational Rights and Privacy Act (FERPA)), or (3) regarding mental health, developmental disability, AIDS or HIV.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about possible reasons why information you provide us may be used or given out are available upon request from any Social Security Office.

## PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

Form SSA-827 (1-2005) ef (08-2005)                                                                                Page 2 of 2

## WAIVER OF CONFIDENTIALITY

I hereby authorize the law firm of Haynes and Boone, LLP to request the release from the Texas Workforce Commission any and all information concerning any of my worker's compensation claims or files which may be protected by any provisions of Article 8307, Section 9a, Texas Revised Civil Statutes, as amended.

This Waiver of Confidentiality is given solely to and for the use of Haynes & Boone, L.L.P.

_Martin E. Coyne_
Martin Coyne

_MARTIN E. COYNE_
Print or Type Name

_____
Social Security Number

_____
_____
Print or Type Street Address

_____
Date of Application

THE STATE OF TEXAS        §
                          §
COUNTY OF _____§

    Before me, the undersigned authority, on this day personally appeared Martin Coyne, known to me to be the person whose name is subscribed to the foregoing instrument, and who, after being by me duly sworn, upon his oath states that same was executed for the purposes therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this ___ day of _____, 2006.

_____
Signature of Notary Public

D-1412591_1.DOC

06-01-'06 18:51   FROM-                                    T-128  P101/106 F-837

## AUTHORIZATION FOR RELEASE OF INFORMATION
## FROM INSURANCE RECORDS

**TO:**  Custodian of Records of all insurance companies who have knowledge of any claim filed by, or on behalf of Martin Coyne, SSN: _____ DOB _____; for insurance benefits.

I hereby authorize you to release all information from your files regarding any claim I made for insurance benefits, to include any records with respect to my physical/mental condition, past, present, and future, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP.

**A.**  **Insurance Benefit Information or Medical Records to be Covered by this Release:**
I authorize you to release any and all records regarding any claim for insurance benefits since January 1, 1997, including, but not limited to, the following:

1.   Any and all applications for benefits;
2.   Any and all letters, notes or statements regarding benefits or benefits determination(s);
3.   Any and all correspondence regarding benefits or benefits determination(s);
4.   Any and all records and x-rays which have been provided to or obtained by you in connection with all examinations, diagnosis, prognosis, evaluation and/or treatment given to me for all medical, mental and/or emotional conditions and/or disorders, including, but not limited to, psychological or psychiatric evaluations; family counseling information; admission summaries; discharge summaries; medical histories; physical examinations; x-ray & lab reports; physician's orders and/or notes; nurse's notes; aftercare plans; drugs prescribed; and financial information;
5.   Any and all medical or other evaluations regarding my physical/mental condition made or caused to be made by the insurance company;
6.   Any and all determinations regarding my entitlement for benefits;
7.   Any and all records appealing a determination(s); and
8.   Any and all records indicating the payment of benefits.

**B.**  **Reasons or Purpose for Release:**
This consent is subject to revocation at any time in the form of written notice from me, except to the extent that action has been taken and reliance thereon, or without revocation, will expire upon judicial closure of the litigation captioned, *Jerry Gumpert and Martin Coyne v. ABF Freight System, Inc, Barry Searcy, Thomas Walker, Robert Graves, George Warren, Perry Weyer Middlebrook, Richard Crawford, Richard Flier, Daniel Noankatter, and Richard Martinez.* The disclosed information may be subject to redisclose or other disclosures by the recipient during the course, and for use, in said captioned litigation only. Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_Martin E. Coyne_
Martin Coyne
SSN: _____
DOB: _____

SUBSCRIBED AND SWORN TO before me, the undersigned authority, by the said Martin Copus:

[Check one:]

      personally known to me;
      proved to me on the oath of _____ who is a credible witness
      personally known to me; or
      proved to me through the following current identification card or other document issued
      by the federal government or any state government containing the photograph and
      signature of the acknowledging person: _____.

Given under my hand and seal of office on this _____ day of _____, 2006.


                              _____
                              NOTARY PUBLIC

                              _____
                              (Print Name)

                              My Commission Expires: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION
## FROM EMPLOYMENT, PAYROLL & PERSONNEL RECORDS

TO:    Custodians of Records who have employed, or otherwise have custody of records pertaining to, Martin Coyne, SSN: _____, DOB: _____, whether on a part-time, full time, temporary or regular basis.

This will be your authorization to release any and all information from my personnel, employment, and payroll records, past and present, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP.

A.    Information or Records to be Covered by this Release:
       Please release any and all employment and unemployment records, including but not limited to, my job application form or resume, offers of employment, employment agreements or contracts, all forms & records related to my employment, records showing earnings paid to me during my employment, my performance review, and my termination report.

B.    Reasons or Purpose for Release:
       This information may be released for use in the litigation captioned, *Jerry Gumpert and Martin Coyne v. ABF Freight System, Inc. Barry Seary, Thomas Walker, Robert Groves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fine, Daniel Neunkester, and Richard Morritson.* Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_____
Martin Coyne

SUBSCRIBED AND SWORN TO before me, the undersigned authority, by the said Martin Coyne:

[Check one:]

☐    personally known to me;
☐    proved to me on the oath of_____ who is a credible witness personally known to me; or
☐    proved to me through the following current identification card or other document issued by the federal government or any state government containing the photograph and signature of the acknowledging person: _____.

Given under my hand and seal of office on this _____ day of _____, 2006.

_____
NOTARY PUBLIC

My Commission Expires: _____

D-1432391_1.DOC

## AUTHORIZATION FOR RELEASE OF INFORMATION
### FROM MEDICAL AND PSYCHIATRIC RECORDS

**TO:** All physicians, psychiatrists, psychologists, counselors, mental health care providers, and pharmacies who have examined, tested, counseled, treated, x-rayed, or prescribed or provided prescription drugs to, Martin Coyne, SSN: _____, DOB: _____, as well as, all hospitals, clinics, or institutions in which Martin Coyne has been a patient, whether admitted or on an outpatient basis:

This will be your authorization to release all information from my medical records since January 1, 2000 with respect to any physical/mental condition, past, present, and future, in accordance with the terms of this release to Haynes and Boone, LLP, or any person bearing this authorization on behalf of Haynes and Boone, LLP:

**A.** Information or Medical Records to be Covered by this Release:
Please release any and all records and x-rays which have been made in connection with all examinations, diagnosis, prognosis, evaluation and/or treatment given to me for all medical, mental and/or emotional conditions and/or disorders, including, but not limited to, psychological or psychiatric evaluations; family counseling information; admission summaries; discharge summaries; medical histories; physical examinations; x-ray & lab reports; physician's orders and/or notes; nurse's notes; aftercare plan; drugs prescribed; and financial information.

**B.** Reasons or Purpose for Release:
This consent is subject to revocation at any time in the form of written notice from me, except to the extent that action has been taken and reliance thereon, or without revocation, will expire upon judicial closure of the litigation captioned, *Jery Gumpert and Martin Coyne v. ABF Freight System, Inc. Barry Storyy, Thomas Walker, Robert Graves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Finn, Daniel Neuschaster, and Richard Martinez.* The disclosed information may be subject to redisclose or other disclosures by the recipient during the course, and for use, in said captioned litigation only. Other use is forbidden.

A photostatic copy of this authorization will have the same validity as the original.

I understand the benefits as well as the disadvantages of releasing information and I do give my consent freely and voluntarily.

_Martin E. Coyne_
Martin Coyne

SUBSCRIBED AND SWORN TO before me, the undersigned authority, by the said Martin Coyne:

[Check one:]

personally known to me;
proved to me on the oath of _____ who is a credible witness
personally known to me; or
proved to me through the following current identification card or other document issued by the federal government or any state government containing the photograph and signature of the acknowledging person: _____

Given under my hand and seal of office on this _____ day of _____ 2006.

_____
NOTARY PUBLIC

My Commission Expires: _____

D-1433791_1.DOC

Patient's Name: MARTIN E. COYNE

Social Security No.: _____

Date of Birth: _____

Home Phone: _____

Work Phone: _____

I hereby authorize _____
to disclose my individually identifiable health information as described below, which may include
information concerning Human Immunodeficiency Virus ("HIV") or Acquired Immunodeficiency
Syndrome ("AIDS"), mental illness (except for psychotherapy notes), chemical or alcohol
dependency, laboratory test results, medical history, treatment, or any other such related information.
I hereby authorize the above-named health care provider to disclose records obtained in the course
of my evaluation and/or treatment, and to send them by U.S. mail service and/or electronic facsimile
to:

**ROBERT E. GOODMAN, JR.**
**5956 Sherry Lane, Suite 800**
**Dallas, Texas 75225-6597**
**214-368-1765**
**214-368-3974 Telefax**

I understand that Robert E. Goodman, Jr. is not a covered entity, and that the information
released to it may not be protected thereafter by federal and state privacy regulations. I further
understand that when the information is used or disclosed pursuant to this authorization, it may be
subject to re-disclosure by the recipient and may no longer be protected health information.

**DATES OF SERVICE:** _____

**Type of Access Requested:** Copies of Record(s)          Inspection of Record(s)

**Medical Records:**          Entire Record          Selection(s) of PHI as marked:

Admission Summary          Radiology Reports          Psychological Evaluations
Discharge Summary          Laboratory Reports          Physical Therapy
History & Physical          Physical Evaluations          Emergency Room
Consultative Reports          Psychiatric Evaluations          Clinic Notes
Operative Reports          Diagnosis & Treatment          Other: _____

**Billing Records:**          UB92          HCFA Form

06-01-'06 18:54  FROM-                                    T-128  P106/106 F-837

**Purpose for release or disclosure of Protected Health Information:** Pursuant to Title 45, Part 164, Section 164.508(c)(1)(iv) of the Code of Federal Regulations, I state that the purpose of this disclosure is "at the request of the individual."

I understand that this authorization is voluntary and I may refuse to sign this authorization. I understand that the above named healthcare provider may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I further understand that I have a right to receive a copy of this information. This authorization shall expire 365 days from the date of my signature below. I understand that I may revoke this authorization at any time by notifying the medical provider above in writing. I understand that such written revocation must be signed and must ve dated later than the date of this authorization. The revocation will not affect any actions taken before the receipt of the revocation.

It is my express intention that this authorization is given in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (Public Law 104-191); Title 45, Part 164, Section 164.508 of the Code of Federal Regulations; Subtitle I, Chapter 181 of the Texas Health and Safety Code; §159.005 of the Texas Medical Practice Act; §201.405 of the Texas Occupations Code; §202.406 of the Texas Occupations Code; §258.104 of the Texas Dental Practice Act; Title 22, Part 9, Chapter 165 of the Texas Administrative Code; Title 22, Part 3, Chapter 80 of the Texas of the Texas Administrative Code; Title 22, Part 5, Chapter 108 of te Texas Administrative Code; and Title 22, Part 18, Chapter 375 of the Texas Administrative Code.

A copy or facsimile of this authorization is as valid as the original.

I have read the above, or have had it read to me, and authorize the disclosure of the Protected Health Information as stated.

_____          _____
[signature of Patient/Legal Guardian or Representative*]          [Date]


_____          _____
[signature of Witness]                                    [Date]


* If signed by other than patient, indicate relationship and a description of your authority to act for the patient:

_____

_____



CAUSE NO. DC05-12540-H

| | | |
|---|---|---|
| JERRY GUMPERT and | § | IN THE DISTRICT COURT OF |
| MARTIN COYNE | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| ABF FREIGHT SYSTEM, INC., | § | |
| BARRY SIRCY, TOMMY WALKER, | § | |
| ROBERT GRAVES, GEORGE WARREN, | § | |
| PERRY WAYNE MIDDLEBROOK, | § | |
| RICHARD CRAWFORD, RICHARD | § | |
| FISER, DAN NOONKESTER, | § | |
| RICHARD MARTINEZ, | § | |
| RICHARD PASSMORE and | § | |
| LEONARD ESNER, JR. | § | 160TH JUDICIAL DISTRICT |

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE

Plaintiffs respond to all Individual Defendants' request for Rule 194 Disclosure as

follows:

REQUEST NO. 1:

The correct names of the parties to the lawsuit.

RESPONSE:

Plaintiffs:

Jerry Gumpert
Marty Coyne

Defendants:

ABF Freight System, Inc.
Barry Sircy
Tommy Walker
Robert Graves
George Warren

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 1

Individual Defts Ex 5

5'81

Perry Wayne Middlebrook
Richard Crawford
Richard Fiser
Dan Noonkester
Richard Martinez
Richard Passmore
Leonard Esner, Jr.

REQUEST NO. 2:

The name, address and telephone number of any potential parties.

RESPONSE:

None.

REQUEST NO. 3:

The legal theories and, in general, the factual bases of Plaintiff's claims or defenses.

RESPONSE:

Plaintiffs have been subjected to libel, to sexual harassment in the nature of a hostile

working environment and to retaliation in violation of Title VII of the Civil Rights Act of 1964

and the Texas Labor Code.

REQUEST NO. 4:

The amount and any method of calculating economic damages, if any, asserted by

Plaintiff.

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 2

RESPONSE:

Lost income related to effect of emotional distress to curtail number of driving

opportunities taken by Plaintiffs estimated by comparison of 2006 wages to 2005 wages to date:

as much as $10,000 per Plaintiff.

REQUEST NO. 5:

The name, address and telephone number of persons having knowledge of relevant facts,

and a brief statement of each identified person's connection with the case.

RESPONSE:

Jerry Gumpert
502 Bryan Drive
Grand Prairie, Texas 75052
(972) 642-4027
Plaintiff

Marty Coyne
11112 Country Road 350
Terrell, Texas 75161
(972) 563-6299
Plaintiff

Barry Sircy
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Tommy Walker
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 3

Robert Graves
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

George Warren
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Perry Wayne Middlebrook
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Crawford
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Fiser
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Dan Noonkester
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
<u>REQUEST FOR RULE 194 DISCLOSURE</u> – Page 4

Richard Martinez
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Richard Passmore
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

Leonard Esner, Jr.
c/o Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226
(214) 939-9228
Defendant and co-worker

ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688-0448
Defendant and Plaintiffs' employer

George Burks
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688-0448
Long haul supervisor at Defendant ABF

Skip Sweeten
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Safety supervisor at Defendant ABF

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE  – Page 5

A.J. Phillips
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Regional Vice President for Defendant ABF

Ken Bryan
c/o Teamsters Local 745
1007 Jonelle St.
Dallas Texas 75217
(214) 398-0661
Union President associated with Defendant ABF

John Evans
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' terminal manager for Defendant ABF

Daniel Pace
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

John Williams
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

Tom Smith
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 6

Oliver Wells
c/o ABF Freight System, Inc.
4242 Irving Blvd.
Dallas, Texas 75242
(214) 688- 0448
Plaintiffs' co-worker

Dr. Richard Schmitt
900 W. Mitchell Street
Arlington, Texas 76013
(817) 792-3385
Plaintiffs' medical provider

Dr. Sherril Durbin
319 Osler Dr. Ste 160
Arlington, Texas76010
Plaintiff Gumpert's medical provider

Dr. James Saalfield
1001 North Waldrop Drive, Ste 708
Arlington, Texas 76012
Plaintiff Gumpert's medical provider

Dr. Kanani Harini
410 Pinson Rd.
Forney, Texas 75126
(972) 564-9380
Plaintiff Coyne's medical provider

Dr. Sheikha Sabri
2305 Ridge Ste 101
Rockwall, Texas75087
(972) 772-3630
Plaintiff's Coyne former medical provider

REQUEST NO. 6:

For any testifying expert:

1.      The expert's name, address, and telephone number;

2.      The subject matter on which the expert will testify;

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 7

3.    The general substance of the expert's mental impressions and opinions and a brief summary of the basis of them, or if the expert is not retained by, employed by, or otherwise subject to the control of Plaintiff, documents reflecting such information.

4.    If the expert is retained by, employed by, or otherwise subject to the control of Plaintiff:

a.    All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

b.    The expert's current resume and bibliography.

RESPONSE:

1.    Dr. Richard Schmitt
      900 W. Mitchell Street
      Arlington, Texas 76013
      (817) 792-3385

2.    Effect of Defendants' conduct on Plaintiffs

3.    Plaintiffs suffered emotional distress and other adverse psychological effects of Defendants' conduct

4.    a. Medical records or authorization to be provided.
      b. Any curriculum vitae maintained by Dr. Schmitt to be provided.

REQUEST NO. 7:

Any discoverable indemnity and insuring agreements.

RESPONSE:

None.

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 8

REQUEST NO. 8:

     Any discoverable settlement agreement.

RESPONSE:

     None.


REQUEST NO. 9:

     Any discoverable witness statement.

RESPONSE:

     None.


REQUEST NO. 10:

     All medical records and bills reasonably related to the injuries or damages that is the

subject of the case or an authorization permitting the disclosure of such medical records and bills.

RESPONSE:

     Authorization provided.


REQUEST NO. 11:

     All medical records and bills obtained by Defendants by virtue of an authorization

obtained from Plaintiff.

RESPONSE:

     Not applicable.


PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 9

Respectfully submitted,

_____

Robert E. Goodman, Jr.
State Bar No. 08158100

5956 Sherry Lane, Suite 800
Dallas, Texas 75225-6597
(214) 368-1765
(214) 368-3974 (telecopy)

Carl David Adams
TSB No. 00850600
The Law Offices of Carl David Adams
Twin Sixties Tower
6060 North Central Expressway
Suite 690
Dallas, Texas 75206
(214) 691-6622
(214) 691-2984 (telecopy)

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on the _31st_ day of _May_, 2006, I served a copy of the above document by _Telecopy_ to the following counsel for Defendants:

By Telecopy 214.651.5940

William C. Strock
Michael A. McCabe
Haynes and Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202

By Telecopy 214.939.9229

Genice A.G. Rabe
3301 Elm Street
Dallas, Texas 75226

_____
Robert E. Goodman, Jr.

PLAINTIFFS' RESPONSE TO ALL INDIVIDUAL DEFENDANTS'
REQUEST FOR RULE 194 DISCLOSURE – Page 11

3

Page 1

```
                                 NO. 05-12540
 1
 2   JERRY GUMPERT and MARTIN      )  IN THE DISTRICT COURT
     COYNE,                        )
 3                                 )
                Plaintiffs,        )
 4                                 )
     vs.                           )
 5                                 )
     ABF FREIGHT SYSTEMS, INC.,    )
 6   BARRY SIRCY, TOMMY WALKER,    )  DALLAS COUNTY, TEXAS
     ROBERT GRAVES, GEORGE         )
 7   WARREN, PERRY WAYNE           )
     MIDDLEBROOK, RICHARD          )
 8   CRAWFORD, RICHARD FISER,      )
     DAN NOONKESTER, RICHARD       )
 9   MARTINEZ, RICHARD PASSMORE    )
     and LEONARD ESNER, JR.,       )
10                                 )
                Defendants.        )  160TH JUDICIAL DISTRICT
11
12
13   **********************************************************
              ORAL AND VIDEOTAPED DEPOSITION OF
14                      MARTIN COYNE
15                     June 8th, 2006
16                        Volume 1
17   **********************************************************
18
19            ORAL AND VIDEOTAPED DEPOSITION of MARTIN
20   COYNE, produced as a witness at the instance of the
21   Defendants, and duly sworn, was taken in the
22   above-styled and numbered cause on June 8th, 2006, from
23   9:36 a.m. to 5:39 p.m., before Jerry L. Callaway, CSR
24   in and for the State of Texas, reported by machine
25   shorthand, at the offices of Haynes and Boone, LLP, 901
```

**Page 2**

1 Main Street, Suite 3100, in Dallas, Dallas County,
2 Texas, pursuant to the Texas Rules of Civil Procedure
3 and the provisions stated on the record or attached
4 hereto.
5
6     A P P E A R A N C E S
7 APPEARING FOR THE PLAINTIFFS:
   Mr. Carl David Adams
8    THE LAW OFFICES OF CARL DAVID ADAMS
   Twin Sixties Tower, Suite 690
9    6060 North Central Expressway
   Dallas, Texas 75206
10
11 APPEARING FOR THE DEFENDANT ABF FREIGHT SYSTEM, INC.:
12    Mr. Michael A. McCabe
   HAYNES AND BOONE, LLP
13    901 Main Street, Suite 3100
   Dallas, Texas 75202
14
   APPEARING FOR INDIVIDUAL DEFENDANTS
15
   Ms. Genice A. G. Rabe
16    3301 Elm Street
   Dallas, Texas 75226
17
18 ALSO APPEARING:
19    Mr. Jerry Gumpert
   Mr. Richard Spearman, Corporate Counsel ABF
20    Mr. Barry Sircy
   Mr. Tommy Walker
21    Mr. Robert Graves
   Mr. George Warren
22    Mr. Richard Crawford
   Mr. Richard Martinez
23    Mr. Richard Passmore
   Mr. Leonard Esner, Jr.
24    Ms. Sandra Barnett, Paralegal
   Ms. Laurie L. Burgess, Videographer
25

**Page 3**

1     P-R-O-C-E-E-D-I-N-G-S
2     THE VIDEOGRAPHER:  Going on the record
3 June 8th, 2006.  The time is approximately 9:36 a.m.
4 This is the videotape deposition of Martin Coyne.
5 Would the court reporter please swear in the witness.
6     MARTIN COYNE,
7 having been first duly sworn, testified as follows:
8     MS. RABE:  This deposition is taken
9 pursuant to the Texas Rules of Civil Procedure and this
10 court's order of May 23, 2006.  Is that correct,
11 Mr. Adams?
12     MR. ADAMS:  That's fine.  The only
13 agreement I'd like to make is that the witness be given
14 a chance to read and sign the deposition, but if it's
15 not read and signed at the time of any hearing, an
16 unsigned copy can be used anyway.
17     MR. MCCABE:  Agreed.
18     MS. RABE:  Fine.
19     EXAMINATION
20 BY MS. RABE:
21   Q.  Would you please give your name, sir?
22   A.  Martin Coyne.
23   Q.  And what is your address?
24   A.  11112, four 1s and a 2, County Road 350,
25 Terrell, Texas 75161.

**Page 4**

1   Q.  And what is your date of birth, sir?
2   A.  February 21, 1955.
3   Q.  My name is Genice Rabe, and I represent the
4 eleven individual defendants that you have sued, Barry
5 Sircy, Tommy Walker, Robert Graves, George Warren,
6 Perry Wayne Middlebrook, Richard Crawford, Richard
7 Fiser, Dan Noonkester, Richard Martinez, Richard
8 Passmore, and Leonard Esner, Jr.
9     Mr. Coyne, have you had an opportunity to
10 discuss the rules and the deposition procedure with
11 your attorney?
12   A.  I visited with my attorney.
13   Q.  About the deposition and the rules?
14   A.  Yes.
15   Q.  You understand that you are under oath and
16 that this deposition is just like being in court?
17   A.  Yes, ma'am.
18   Q.  Have you ever had your deposition taken
19 before?
20   A.  Yes, ma'am.
21   Q.  When was that?
22   A.  I believe -- I'm not correct on the date, but
23 I think it was 2001.
24   Q.  And why did you have your deposition taken in
25 2001?

**Page 5**

1   A.  There were 17 families involved in a rock pit
2 lawsuit.
3   Q.  And were you a plaintiff or a defendant in
4 that lawsuit?
5   A.  We were suing them.
6   Q.  So you were a plaintiff, correct?
7   A.  Yes, ma'am.
8   Q.  And who did you sue?
9   A.  Martin Marietta.
10   Q.  And where did you sue them?
11   A.  Kaufman County.
12   Q.  And what was the result of that lawsuit?
13   A.  We lost in court.
14   Q.  And did you appeal?
15   A.  No.
16   Q.  Just a couple things about your deposition
17 today.  I would appreciate it if you would let me
18 finish a question before you answer, and I will try to
19 do the same for you.  Is that agreeable?
20   A.  Yes, ma'am.
21   Q.  The other thing that is necessary is that you
22 make verbal responses.  Is that agreeable?
23   A.  Yes, ma'am.
24   Q.  Is there any reason that you are incapable of
25 having your deposition taken today?

Page 242

1 didn't we?
2   A.  Yes.
3   Q.  And you don't know if he was talking about the
4 charge of discrimination or not, do you?
5   A.  I don't have any idea.
6   Q.  Okay.  Mr. Coyne, when you filed a charge of
7 retaliation against ABF.  You are saying that you filed
8 a charge of discrimination, Exhibit 17, you are saying
9 I filed a charge of discrimination -- well, I am not
10 exactly sure what it is you are saying.
11         I just want to know if there is
12 anything -- any conduct in the workplace, anything that
13 happened to you that you don't like and that you think
14 was in retaliation for something that you did do or
15 didn't do at ABF?
16   A.  I don't know of any.
17   Q.  Okay.
18         MR. MCCABE:  Do you want to take a break
19 until tomorrow?
20         MR. ADAMS:  Yeah.  We have agreed to come
21 back at 10:00 in the morning.
22         THE VIDEOGRAPHER:  Off the record.
23
24
25

Page 243

1         CHANGES AND SIGNATURE
2 WITNESS: MARTIN COYNE  DATE OF DEPO: 6/8/2006
3 PAGE     LINE    CHANGE          REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 244

1         I, MARTIN COYNE, have read the foregoing
2 deposition and hereby affix my signature that same is
3 true and correct, except as noted above.
4
5   _____
6         MARTIN COYNE
7
8 THE STATE OF _____ )
9 COUNTY OF _____ )
10         Before me, _____, on this
11 day personally appeared MARTIN COYNE, known to me (or
12 proved to me under oath or through _____ )
13 (description of identity card or other document) to be
14 the person whose name is subscribed to the foregoing
15 instrument and acknowledged to me that they executed
16 the same for the purposes and consideration therein
17 expressed.
18         Given under my hand and seal of office
19 this _____ day of _____, _____.
20
21
22   _____
23         NOTARY PUBLIC IN AND FOR
24         THE STATE OF _____
25

Page 245

1         NO. 05-12540
2 JERRY GUMPERT and MARTIN     ) IN THE DISTRICT COURT
   COYNE,                     )
3    Plaintiffs,             )
   vs.                        )
4 ABF FREIGHT SYSTEMS, INC.,  )
   BARRY SIRCY, TOMMY WALKER,  )
5 ROBERT GRAVES, GEORGE       ) DALLAS COUNTY, TEXAS
   WARREN, PERRY WAYNE         )
6 MIDDLEBROOK, RICHARD        )
   CRAWFORD, RICHARD FISER,    )
7 DAN NOONKESTER, RICHARD     )
   MARTINEZ, RICHARD PASSMORE  )
8 and LEONARD ESNER, JR.,     )
     Defendants.    ) 160TH JUDICIAL DISTRICT
9         REPORTER'S CERTIFICATION
10        DEPOSITION OF MARTIN COYNE
11              Volume 1
12            June 8th, 2006
13        I, Jerry L. Callaway, RDR, Certified
14 Shorthand Reporter in and for the State of Texas, do
15 hereby certify to the following:
16        That the witness, MARTIN COYNE, was duly
17 sworn by the officer and that the transcript of the
18 oral deposition is a true record of the testimony given
19 by the witness;
20        That the deposition transcript was
21 submitted on June 14th, 2006, to the witness or to the
22 attorney for the witness for examination, signature and
23 return to me in 20 days pursuant to Rule 203.1(b) or
24 agreement;
25        That the amount of time used by each

Page 246

```
1    party at the deposition is as follows:
2       Mr. Michael A. McCabe - 2:33
        Ms. Genice A.G. Rabe - 3:40
3
4          That pursuant to the information given to
5    the deposition officer at the time said testimony was
6    taken, the following includes counsel for all parties
7    of record:
8       Mr. Carl David Adams, Attorney for Plaintiffs
        Mr. Michael A. McCabe, Attorney for Defendant ABF
9       Ms. Genice A.G. Rabe, Attorney for Individual
     Defendants
10         I further certify that I am neither
11   counsel for, related to, nor employed by any of the
12   parties or attorneys in the action in which this
13   proceeding was taken, and further that I am not
14   financially or otherwise interested in the outcome of
15   the action.
16         Further certification requirements
17   pursuant to Rule 203 of TRCP will be certified to after
18   they have occurred.
19         Certified to by me this 14th day of June,
20   2006.
21
22
            _____
23          Jerry L. Callaway, RDR, CSR 948
            Expiration Date: 12/31/2006
24          Firm Registration No. 209
            5220 Renaissance Tower
25          1201 Elm Street
            Dallas, Texas 75270
            (214) 855-5300
```

Page 247

```
1    FURTHER CERTIFICATION UNDER RULE 203 TRCP
2          The original deposition was/was not
3    returned to the deposition officer on _____;
4          If returned, the attached Changes and
5    Signature page contains any changes and the reasons
6    therefor;
7          If returned, the original deposition was
8    delivered to Michael A. McCabe, Custodial Attorney;
9          That $ _____ is the deposition
10   officer's charges one-half to the Defendant ABF and
11   one-half to the Individual Defendants for preparing the
12   original deposition transcript and any copies of
13   exhibits;
14         That the deposition was delivered in
15   accordance with Rule 203.3, and that a copy of this
16   certificate was served on all parties shown herein on
17   _____ and filed with the Clerk.
18         Certified to by me this _____ day of
19   _____, _____.
20
21
            _____
22          Jerry L. Callaway, RDR, CSR 948
            Expiration Date: 12/31/2006
23          Firm Registration No. 209
            5220 Renaissance Tower
24          1201 Elm Street
            Dallas, Texas 75270
25          (214) 855-5300
```

Page 248

```
1                      I N D E X
2    1.  Appearances                      2
3    2   The Witness: MARTIN COYNE
4        Examination by MS. RABE                3
5        Examination by MR. MCCABE          123
6    3.  Signature Page                  243
7    4.  Reporter's Certificate          245
8
9               E X H I B I T S
10   Ex #   Description              Pg   Ln
11   INDIVIDUAL DEFENDANTS' EXHIBITS
12   1   Notice of Videotape Deposition of   6   21
         Martin Coyne
13   2   Order regarding the length of the   7   3
         plaintiff's deposition
14
15   3   Plaintiffs' Fifth Amended Original   7   16
         Petition
16   4   Plaintiffs' Responses to All        7   19
         Individual Defendants' Requests For
17       Interrogatories and Requests For
         Production
18
19   5   Plaintiffs' Response to All         8   5
         Individual Defendants' Requests For
20       Rule 194 Disclosure
21   6   Big Monkey Pro Logging Academy Card  32  17
22   7   Charge filed against Local 745      92  24
23   8   NLRB dismissal of charge of May 10,  94  8
         2005
24   9   Appeal of Dismissal                 95  2
25   10  Denial of NLRB appeal               95  17
```

Page 249

```
1    11  Coyne bankruptcy filing            115   19
2    12  Plaintiff Martin Coyne's Response to  119  12
         All Individual Defendants' Second
3        Set of Interrogatories and Request
         For Production
4
5    ABF EXHIBITS
6    1   Cards with "Squeeze Box" and "Big   131  18
         Monkey Pro Logging Academy printed
7
     2   Big Monkey Pro Logging Academy card  138  13
8
     3   Document entitled "Monkeybone        139  6
9        Publishing, Proudly Present We Truck
         in Tandem
10
     4   Document entitled "Ratsnatch, Inc "  143  11
11
     5   Document beginning "My Dearest       146  1
12       Daring Roberta"
13   6   Document beginning "New From         147  6
         Monkeytronics"
14
     7   Document entitled "The Box Score,    148  22
15       The 745 Horse Heads Remain
         Undefeated"
16
     8   Handwritten pages from a notebook,   151  14
17       entitled by handwriting
         "Banana-Eating Piece of Shit"
18
     9   Document entitled Picnic & Benefit   156  21
19       for Big Monkey and Squeezebox Legal
         Defense Fund with handwritten notes
20       "Special Special Appearance ."
21   10  Document entitled Picnic & Benefit   156  0
         for Big Monkey and Squeezebox Legal
22       Defense Fund without handwritten
         notes
23
     11  Document entitled Picnic & Benefit   156  0
24       for Big Monkey and Squeezebox Legal
         Defense Fund with handwritten notes
25       "Horsefly "
```

```
 1                          NO. 05-12540
 2  JERRY GUMPERT and MARTIN      )  IN THE DISTRICT COURT
    COYNE,                        )
 3                                )
             Plaintiffs,          )
 4                                )
    vs.                           )
 5                                )
    ABF FREIGHT SYSTEMS, INC.,    )
 6  BARRY SIRCY, TOMMY WALKER,    )  DALLAS COUNTY, TEXAS
    ROBERT GRAVES, GEORGE         )
 7  WARREN, PERRY WAYNE           )
    MIDDLEBROOK, RICHARD          )
 8  CRAWFORD, RICHARD FISER,      )
    DAN NOONKESTER, RICHARD       )
 9  MARTINEZ, RICHARD PASSMORE    )
    and LEONARD ESNER, JR.,       )
10                                )
             Defendants.          )  160TH JUDICIAL DISTRICT
11
12
    ************************************************************
13            ORAL AND VIDEOTAPED DEPOSITION OF
14                      MARTIN COYNE
15                    June 9th, 2006
16                       Volume 2
17  ************************************************************
18
19            ORAL AND VIDEOTAPED DEPOSITION of MARTIN
20  COYNE, produced as a witness at the instance of the
21  Defendants, and duly sworn, was taken in the
22  above-styled and numbered cause on June 9th, 2006, from
23  10:09 a.m. to 5:26 p.m., before Jerry L. Callaway, CSR
24  in and for the State of Texas, reported by machine
25  shorthand, at the offices of Haynes and Boone, LLP, 901
```

Page 252

1  Main Street, Suite 3100, in Dallas, Dallas County,
2  Texas, pursuant to the Texas Rules of Civil Procedure
3  and the provisions stated on the record or attached
4  hereto.
5        A P P E A R A N C E S
6  APPEARING FOR THE PLAINTIFFS:
7    Mr. Carl David Adams
     THE LAW OFFICES OF CARL DAVID ADAMS
8    Twin Sixties Tower, Suite 690
     6060 North Central Expressway
9    Dallas, Texas 75206
10 APPEARING FOR THE DEFENDANT ABF FREIGHT SYSTEM, INC.:
11   Mr. Michael A. McCabe
     HAYNES AND BOONE, LLP
12   901 Main Street, Suite 3100
     Dallas, Texas 75202
13
   APPEARING FOR INDIVIDUAL DEFENDANTS·
14
     Ms. Genice A. G. Rabe
15   3301 Elm Street
     Dallas, Texas 75226
16
17 ALSO APPEARING:
18   Mr. Jerry Gumpert
     Mr. Tommy Walker
19   Mr. Richard Crawford
     Mr. Richard Martinez
20   Ms. Sandra Barnett, Paralegal
     Ms. Laurie L. Burgess, Videographer
21
22
23
24
25

Page 253

1        P-R-O-C-E-E-D-I-N-G-S
2        THE VIDEOGRAPHER:  Back on the record.
3        EXAMINATION (CONT'D)
4  BY MR. MCCABE:
5     Q.  Good morning, Mr. Coyne.
6     A.  Good morning.
7     Q.  We are here today for the continuation of the
8  deposition that started yesterday.  And do you
9  understand that you are still here pursuant to a notice
10 of deposition we served on your attorneys?  Do you
11 understand that you are required to be here, sir?
12    A.  Yes, sir.
13    Q.  Do you understand that this is a continuation
14 of the deposition that we began yesterday?
15    A.  Yes, sir.
16    Q.  Okay.  Do you understand that you're still
17 testifying under oath as though you were before a judge
18 and a jury?
19    A.  Yes, sir.
20    Q.  And do you recall the agreements that we
21 reached yesterday about the taking of the deposition,
22 not speaking over one another, asking for clarification
23 to questions; do you recall those agreements?
24    A.  Yes, sir, I do.
25    Q.  Can you still abide by those agreements?

Page 254

1     A.  Yes, sir.
2     Q.  As for the questions that I asked you
3  yesterday, Mr. Coyne, is there any part of your
4  testimony that you now want to change or add
5  clarification to?
6     A.  No, sir.
7     Q.  Yesterday, Mr. Coyne, you told me that it was
8  your understanding that the term "Big Monkey" was some
9  type of reference to the word "pussy."  Do you recall
10 that?
11    A.  Yes, I do.
12    Q.  Where do you get that information from?
13    A.  I've heard it from the drivers themselves.
14    Q.  Which drivers?
15    A.  I cannot tell you at this time, because I
16 don't have it wrote down in my book.
17    Q.  When do you think was the first time you heard
18 that from the drivers?
19    A.  About ten years ago, roughly.
20    Q.  And that word can be a reference to female
21 anatomy, it can be a reference to somebody who is a
22 wimp.  Do you know which way that word was meant to be
23 interpreted?
24    A.  No, sir.
25    Q.  Do you know what it means at all?

Page 255

1     A.  What word are you talking about?
2     Q.  The word "pussy."
3     A.  That's supposed to belong to a woman.
4     Q.  Do you know of any other interpretations to
5  that word?
6     A.  No, I don't.
7     Q.  What about a wimp, a guy that's not strong,
8  have you ever heard it used that way?
9     A.  Yes, I have.
10    Q.  Have you ever heard it used any other ways?
11    A.  No, sir.
12    Q.  Have you ever argued with your coworkers at
13 ABF about altering your logbook?
14    A.  I -- rephrase that?
15    Q.  Have you ever gotten into an argument with any
16 of your codrivers at ABF about allegations that you
17 have altered your logbook?
18    A.  Mr. Walker.
19    Q.  When did that occur?
20    A.  I don't remember the date.
21    Q.  This wasn't part of the Laredo incident we
22 talked about yesterday, was it?
23    A.  I don't recall at this time.
24    Q.  How many times did you get into an argument
25 with Mr. Walker about altering your logbook?

2 (Pages 252 to 255)

Page 336

1   Q.  Did you ask him not to call you that?
2   A.  Yes, I did.
3   Q.  And what did he say in response?
4   A.  Everybody else calls you that, so we are just
5   going to fit -- fill right in, and he never did stop.
6   Q.  Did you tell anybody else about Mr. West's
7   behavior?
8   A.  No, sir, I didn't.
9   Q.  Why not?
10  A.  Because there were nothing being done about
11  the problem.
12  Q.  All right.  Did Mr. Smith or Mr. Clinton, did
13  they laugh at your complaints?
14  A.  Yes, sir.
15  Q.  You didn't tell me that this morning.
16  A.  Yes, they did.
17  Q.  Well, you didn't tell me that this morning.
18  A.  You didn't ask me.
19  Q.  When did they laugh at you, when you told them
20  about it as you described this morning?
21  A.  Yes, sir.
22  Q.  They literally laughed?
23  A.  Yes, they did.  Mr. Clinton -- I did not tell
24  you regarding that because you didn't ask me this
25  morning, but he had a word of "Big Chongo," that was

Page 337

1   his word that he used against me.
2   Q.  Big what?
3   A.  Chongo.
4   Q.  How do you spell that?
5   A.  I don't have no idea, stands for "Big Monkey."
6   Q.  How do you know?
7   A.  Because Clinton told me it did.
8   Q.  Were you offended by this phrase "Big Chongo"?
9   A.  Yes, I was.
10  Q.  Are those all the people that laughed at or
11  ignored your complaints?
12  A.  Sir?
13  Q.  Are those all the people that worked for ABF
14  that laughed at or ignored your complaints?
15  A.  That's all I can think of right now.
16  Q.  Well, this is your opportunity to tell me, so
17  if there is other people out there, I'd really like to
18  know about it.
19      MR. ADAMS:  Other than the ones you've
20  told him previously?
21      MR. MCCABE:  Yeah.
22      MR. ADAMS:  Okay.
23  A.  Yeah, that's all I can think of.
24  Q.  (BY MR. MCCABE)  In your last phrase there,
25  you say on interrogatory number 7 in your answer, you

Page 338

1   state that -- you make a reference to complaints by
2   other employees that did not involve postings of false
3   or defamatory statements.  What is that reference to?
4   A.  Which one are you on?
5   Q.  7, the answer to number 7.
6   A.  That's something my attorney wrote in there,
7   so I don't -- I don't know.
8   Q.  Do you know of any instance while you worked
9   at ABF that people made complaints to the company that
10  did not involve false or defamatory statements?
11  A.  I don't know of any.
12  Q.  Do you know what this part of your answer
13  pertains to; do you know what that's talking about?
14  A.  My attorney wrote that answer in there.
15  Q.  Well, is it based on information that you have
16  personally?
17  A.  I don't know.
18  Q.  You don't know if you have the information, or
19  you don't know if there is information?
20  A.  I don't -- you asked me a question if I had
21  the information, and I said I don't know.  If there is
22  any -- if I have the answer, because I don't recall
23  having any.
24  Q.  Interrogatory number 9, is that the lawsuit
25  you described yesterday to Ms. Rabe?

Page 339

1   A.  Yes, it was.
2   Q.  Okay.  Interrogatory number 12 asks if you
3   have ever been convicted of a crime or pled guilty to a
4   crime, and you state no.  Is that accurate and true?
5   A.  Correct.
6   Q.  I am going to interrogatory number 20.  Ken
7   Bryan, who is Ken Bryan?
8   A.  President of the local.
9   Q.  Okay.  He is not employed by ABF, is he?
10  A.  No, sir.
11  Q.  And I -- this interrogatory number 20, it asks
12  about assistance or encouragement that ABF provided the
13  defendants in their efforts to allegedly defame; do you
14  see that?
15  A.  Yes, sir, I do.
16  Q.  Okay.  And you have listed George Burks and
17  John Evans there; do you see that?
18  A.  Yes.
19  Q.  Okay.  Have we already talked about all of the
20  alleged assistance or encouragement that Mr. Burks or
21  Mr. Evans provided?
22  A.  Yes, we have.
23      (ABF Exhibit 23 marked.)
24  Q.  (BY MR. MCCABE)  All right, Mr. Coyne, I have
25  just handed you what has been marked as ABF Exhibit 23.

23 (Pages 336 to 339)

Page 340

1   A.  Yes, sir.
2   Q.  Do you have that in front of you?
3   A.  Yes, sir.
4   Q.  Have you seen this document before?
5   A.  Yes, I have.
6   Q.  Request number 3, we asked about your claims
7 that you have filed against ABF; do you see that?
8   A.  Which one?
9   Q.  Number 3, factual bases of your claims, do you
10 see that?
11   A.  I must not be on the right --
12   Q.  Let me see, do you have the right document?
13 Let me see it.  Yeah, that's it.  Request number 3.
14   A.  Yes.
15   Q.  "Legal theories and, in general, the factual
16 bases of the Plaintiffs' claims and defenses"; do you
17 see that?
18   A.  Yes, I do.
19   Q.  And you claim that as to ABF you are bringing
20 claims for libel; is that correct?
21   A.  Correct.
22   Q.  Sexual harassment in the nature of a hostile
23 work environment; do you see that?
24   A.  Correct.
25   Q.  And in retaliation in violation of Title 7 of

Page 341

1 the Civil Rights Act of 1964 and the Texas Labor Code;
2 do you see that?
3   A.  Yes, I do.
4   Q.  Is that an accurate description of your
5 claims?
6   A.  Yes.
7        MR. ADAMS:  Objection, form.
8   Q.  (BY MR. MCCABE)  I am sorry?
9   A.  I have brought all these charges against
10 them --
11   Q.  Uh--huh.
12   A.  -- for what they have done to me --
13   Q.  Right.
14   A.  -- pertaining to 11 documents that slander,
15 defamation of character by calling me names such as
16 "Big Monkey," having anal warts, having an ass baby,
17 and it goes on and on, and in here having a weener
18 pole, a -- there are several different things in here.
19 I would just have to take time to go through that they
20 have made all these threats and sexual harassments, and
21 I don't -- I just can't remember everything, having a
22 weener pole roast, banana peel, Johnson bar lift,
23 doughnut hunt, a doughnut golf.  They have told me I
24 have been queer.  They said I'm gay, having -- accusing
25 me of having gay affairs with people.  It just goes on

Page 342

1 and on.  Called me a "banana eating piece of shit."
2        MR. MCCABE:  Objection, nonresponsive.
3   Q.  (BY MR. MCCABE)  All I'm trying to do,
4 Mr. Coyne, is understand if the claims and defenses
5 that you are bringing against ABF are described here in
6 response to request number 3?
7        MR. ADAMS:  Objection, form.
8   A.  That's what it says.
9   Q.  (BY MR. MCCABE)  Is there anything that you
10 disagree with?
11   A.  Pertaining to what?
12   Q.  Request number 3.
13   A.  I agree with all the charges.
14   Q.  Okay.  Going on to request number 4, you claim
15 that you have lost $10,000 a year in annual income; is
16 that correct?
17   A.  That's what we have come up with so far.
18   Q.  I am talking about your lost wages.  I mean,
19 the difference between -- I mean, are you slowing down
20 in 2006; is that what you are saying?
21   A.  Sir?
22   Q.  Are you slowing down in 2006; is that what you
23 are telling me?
24   A.  I have had to take more time off because of
25 the harassment.

Page 343

1   Q.  Are you purposefully driving less miles?
2   A.  No, sir.
3   Q.  What are you -- what did you mean when you
4 said that's all we have come up with so far?
5   A.  There could be more time off if I've got to go
6 to more doctor's appointments.
7   Q.  It is true, though, that you are paid by the
8 mile, right?
9   A.  Correct.
10   Q.  And you have control over how many miles you
11 drive each year, correct?
12   A.  That's not correct.
13   Q.  At least in part it is, right?
14   A.  Well, whatever runs they call in my seniority
15 position.
16   Q.  But you don't have to take every run that you
17 are offered, do you?
18   A.  No, sir.
19   Q.  Going to page 6 of your disclosures.  Have we
20 talked about John Williams yet, about three-quarters of
21 the way down the page?
22   A.  I don't believe so.
23   Q.  Who is John Williams?
24   A.  He is a road driver.
25   Q.  Where is he based out of?

Page 464

```
1        MR. MCCABE:  Yeah.  Pass the witness to
2   you, if you have any questions.
3        MR. ADAMS:  Passing the witness?
4        MS. RABE:  Yes.
5        MR. ADAMS:  You are passing the witness?
6        MR. MCCABE:  (Nods head.)
7        MR. ADAMS:  We reserve all our questions
8   until in the time of trial when the jury's in the box
9   and justice is being dispensed.
10        THE VIDEOGRAPHER:  Off the record.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 466

```
1             I, MARTIN COYNE, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4
5        _____
6             MARTIN COYNE
7
8   THE STATE OF _____ )
9   COUNTY OF       _____ )
10             Before me, _____, on this
11   day personally appeared MARTIN COYNE, known to me (or
12   proved to me under oath or through _____ )
13   (description of identity card or other document) to be
14   the person whose name is subscribed to the foregoing
15   instrument and acknowledged to me that they executed
16   the same for the purposes and consideration therein
17   expressed.
18             Given under my hand and seal of office
19   this _____ day of _____, _____.
20
21
22        _____
23             NOTARY PUBLIC IN AND FOR
24             THE STATE OF _____
25
```

Page 465

```
1        CHANGES AND SIGNATURE
2   WITNESS: MARTIN COYNE  DATE OF DEPO:  6/9/2006
3   PAGE    LINE    CHANGE          REASON
4        _____
5        _____
6        _____
7        _____
8        _____
9        _____
10       _____
11       _____
12       _____
13       _____
14       _____
15       _____
16       _____
17       _____
18       _____
19       _____
20       _____
21       _____
22       _____
23       _____
24       _____
25       _____
```

Page 467

```
1             NO. 05-12540
2   JERRY GUMPERT and MARTIN    ) IN THE DISTRICT COURT
     COYNE,                     )
3        Plaintiffs,            )
     vs.                        )
4   ABF FREIGHT SYSTEMS, INC.,  )
     BARRY SIRCY, TOMMY WALKER, )
5   ROBERT GRAVES, GEORGE       ) DALLAS COUNTY, TEXAS
     WARREN, PERRY WAYNE        )
6   MIDDLEBROOK, RICHARD        )
     CRAWFORD, RICHARD FISER,   )
7   DAN NOONKESTER, RICHARD     )
     MARTINEZ, RICHARD PASSMORE )
8   and LEONARD ESNER, JR.,     )
        Defendants.   ) 160TH JUDICIAL DISTRICT
9        REPORTER'S CERTIFICATION
10        DEPOSITION OF MARTIN COYNE
11             Volume 2
12             June 9th, 2006
13        I, Jerry L. Callaway, RDR, Certified
14   Shorthand Reporter in and for the State of Texas, do
15   hereby certify to the following:
16        That the witness, MARTIN COYNE, was duly
17   sworn by the officer and that the transcript of the
18   oral deposition is a true record of the testimony given
19   by the witness;
20        That the deposition transcript was
21   submitted on June 14th, 2006, to the witness or to the
22   attorney for the witness for examination, signature and
23   return to me in 20 days pursuant to Rule 203.1(b) or
24   agreement;
25        That the amount of time used by each
```

55 (Pages 464 to 467)

Page 468

1  party at the deposition is as follows:
2      Mr. Michael A. McCabe - 2:40
       Ms. Genice A.G. Rabe - 2:35
3
4          That pursuant to the information given to
5  the deposition officer at the time said testimony was
6  taken, the following includes counsel for all parties
7  of record:
8      Mr. Carl David Adams, Attorney for Plaintiffs
       Mr. Michael A. McCabe, Attorney for Defendant ABF
9      Ms. Genice A.G. Rabe, Attorney for Individual
       Defendants
10         I further certify that I am neither
11 counsel for, related to, nor employed by any of the
12 parties or attorneys in the action in which this
13 proceeding was taken, and further that I am not
14 financially or otherwise interested in the outcome of
15 the action.
16         Further certification requirements
17 pursuant to Rule 203 of TRCP will be certified to after
18 they have occurred.
19         Certified to by me this 14th day of June,
20 2006.
21
22 _____
       Jerry L. Callaway, RDR, CSR 948
23     Expiration Date: 12/31/2006
       Firm Registration No. 209
24     5220 Renaissance Tower
       1201 Elm Street
25     Dallas, Texas 75270
       (214) 855-5300

Page 470

INDEX

1
2  1.  Appearances                    252
3  2.  The Witness: MARTIN COYNE
4      Examination by MR. MCCABE          253
5      Examination by MS. RABE            347
6      Examination by MR. MCCABE          436
7      Examination by MS. RABE            458
8  3.  Signature Page                     465
9  4.  Reporter's Certificate             467
10

EXHIBITS

Ex #   Description                 Pg   Ln

INDIVIDUAL DEFENDANTS' EXHIBITS

13   Copy of green notebook          369   15

14   Photo of monkey entitled ABF Road   374   19
     Driver's Steward
15   Pay stub for Mr. Coyne dated    385   23
     12/20/2005

     Pay stub for Mr Coyne for       385   24
16   12/30/2004
17   2005 Individual Tax Return for Mr   387   3
     Coyne

     2004 Individual Tax Return for Mr.   387   4
18   Coyne
19   Pay stub for Coyne dated 5/5/2005   388   9
     Pay stub for Mr. Coyne dated       388   10
20   5/4/2006

21   Patient Precription Record for Mr.   404   3
     Coyne

Page 469

1  FURTHER CERTIFICATION UNDER RULE 203 TRCP
2          The original deposition was/was not
3  returned to the deposition officer on _____;
4          If returned, the attached Changes and
5  Signature page contains any changes and the reasons
6  therefor;
7          If returned, the original deposition was
8  delivered to Michael A. McCabe, Custodial Attorney;
9          That $ _____ is the deposition
10 officer's charges one-half to the Defendant ABF and
11 one-half to the Individual Defendants for preparing the
12 original deposition transcript and any copies of
13 exhibits;
14         That the deposition was delivered in
15 accordance with Rule 203.3, and that a copy of this
16 certificate was served on all parties shown herein on
17 _____ and filed with the Clerk.
18     Certified to by me this _____ day of
19 _____, _____.
20
21 _____
       Jerry L. Callaway, RDR, CSR 948
22     Expiration Date: 12/31/2006
       Firm Registration No. 209
23     5220 Renaissance Tower
       1201 Elm Street
24     Dallas, Texas 75270
       (214) 855-5300
25

Page 471

ABF EXHIBITS

19   Letter dated 6/10/2005 to Mr. Coyne   262   13
     from Ken Bryant
20   Letter dated 5/1/2006 to Mr. Coyne    263   24
     from Mr. Bryant

21   Witness' sketch                 275   20

22   Plaintiff Martin Coyne's Response to   320   16
     Defendant ABF Freight System, Inc.'s
     First Set of Interrogatories

23   Plaintiffs' Response to Defendant     339   23
     ABF Freight System Inc's Request for
     Rule 194 Disclosure

                    252   5

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

3 0 6 - C V 1 1 0 2 - B

RECEIVED JUN 21 2006

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jerry Gumpert and Martin Coyne

## DEFENDANTS

ABF Freight System, Inc., Barry Sircy, Tommy Walker, Robert Graves, George Warren, Perry Wayne Middlebrook, Richard Crawford, Richard Fisher, Dan Noonkester, Richard Martinez, Richard Passmore, Leonard Esner, Jr.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

ORIGINAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Dallas County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert Goodman, Jr., 5956 Sherry Lane, Suite 800 Dallas, Texas 75225 214-368-1765; Carl David Adams, 6060 North Central Expwy., Suite 690, Dallas, Texas 75206 214-691-6622

ATTORNEYS (IF KNOWN)
William C. Strock, Michael A. McCabe, Haynes and Boone LLP, 901 Main Street, Suite 3100 Dallas, Texas 75202-3789; Genice A.G. Rabe, 3301 Elm Street, Dallas, Texas 75226

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES  (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☒ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e et seq. Plaintiffs seek relief for sexual harassment and retaliation in violation of Title VII.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
June 21, 2006

SIGNATURE OF ATTORNEY OF RECORD
_Michael A. McCabe_   Michael A. McCabe, Counsel for Defendant ABF Freight Systems, Inc.

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



ORIGINAL

**United States District Court**
**Northern District of Texas**

**3 06 - CV 1 1 0 2 - B**

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

RECEIVED
JUN 2 1 2006
CLERK, U.S. DISTRICT COURT
NORTHERN

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S.
District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number
   assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 160th Judicial District | DC05-12540-H |
   | Dallas County | |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s),
   Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their
   party type. Also, please list the attorney(s) of record for each party named and include their
   bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | See Attached A | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        • Yes         • No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                                     Date



**Supplemental Civil Cover Sheet**
**Page 2**

4.      **Answer:**

Was an Answer made in State Court?          • Yes          •  No

   If "*Yes,*" by which party and on what date?

   See Attached B
   _____          _____
   Party                                                              Date

5.      **Unserved Parties:**

The following parties have not been served at the time this case was removed:

          **Party**                                    **Reason(s) for No Service**
   None

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

          **Party**                                    **Reason**

   None

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

          **Party**                                    **Claim(s)**
   Plaintiffs - allege libel, civil conspiracy, aiding and
   abetting a civil conspiracy, discrimination, retaliation and
   sexual harassment.
   Defendants - deny all of Plaintiffs' allegations.

CAUSE NO. 05-12540

| JERRY GUMPERT and MARTIN COYNE, | § § § § | |
|---|---|---|
| Plaintiffs, | § § | |
| v. | § § | IN THE DISTRICT COURT |
| ABF FREIGHT SYSTEM, INC., BARRY SIRCY, TOMMY WALKER, ROBERT GRAVES, GEORGE WARREN, PERRY WAYNE MIDDLEBROOK, RICHARD CRAWFORD, RICHARD FISER, DAN NOONKESTER, RICHARD MARTINEZ, RICHARD PASSMORE, and LEONARD ESNER, JR. | § § § § § § § § § § | 160th JUDICIAL DISTRICT DALLAS COUNTY, TEXAS |
| Defendants. | § | |

## ATTACHMENT A
### PARTIES AND THEIR COUNSEL

| PARTY | COUNSEL |
|---|---|
| **PLAINTIFFS:** **MARTIN COYNE AND JERRY GUMPERT** | Robert E. Goodman, Jr. 5956 Sherry Lane, Suite 800 Dallas, Texas 75225 214-368-1765 (telephone) 214.368.3974 (fax) Email:  mailto:rgdallas@flash.net Carl David Adams The Law Offices of Carl David Adams Twin Sixties Tower 6060 North Central Expressway, Suite 690 Dallas, Texas  75206 214-691-6622 (telephone) 214-691-2984 (fax) Email: |

| PARTY | COUNSEL |
|---|---|
| **INDIVIDUAL DEFENDANTS: ABF FREIGHT SYSTEM, INC., BARRY SIRCY, TOMMY WALKER, ROBERT GRAVES, GEORGE WARREN, PERRY WAYNE MIDDLEBROOK, RICHARD CRAWFORD, RICHARD FISER, DAN NOONKESTER, RICHARD MARTINEZ, RICHARD PASSMORE,** AND **LEONARD ESNER, JR.** | Genice A. G. Rabe<br>Law Offices of Genice A. G. Rabe<br>3301 Elm Street<br>Dallas, Texas 75226<br>214-939-9228 (telephone)<br>214-939-9229 (fax)<br>Email: mailto:rabelaw@prodigy.net |
| **CORPORATE DEFENDANT: ABF FREIGHT SYSTEM, INC.** | William C. Strock<br>Michael A. McCabe<br>HAYNES AND BOONE , LLP<br>901 Main Street, Suite 3100<br>Dallas, TX 75202-3789<br>Tel: (214) 651-5000<br>Fax: (214) 651-5940<br>Email: bill.strock@haynesboone.com<br>michael.mccabe@haynesboone.com |

CAUSE NO. 05-12540

| | | |
|---|---|---|
| JERRY GUMPERT and<br>MARTIN COYNE, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | IN THE DISTRICT COURT |
| | § | |
| ABF FREIGHT SYSTEM, INC., | § | |
| BARRY SIRCY, TOMMY WALKER, | § | |
| ROBERT GRAVES, GEORGE | § | 160th JUDICIAL DISTRICT |
| WARREN, PERRY WAYNE | § | |
| MIDDLEBROOK, RICHARD | § | |
| CRAWFORD, RICHARD FISER, DAN | § | |
| NOONKESTER, RICHARD | § | DALLAS COUNTY, TEXAS |
| MARTINEZ, RICHARD PASSMORE, | § | |
| and LEONARD ESNER, JR. | § | |
| | § | |
| Defendants. | § | |

## ATTACHMENT B
## DEFENDANTS' ANSWER DATES

| PARTY | ANSWER DATE |
|---|---|
| Leonard Esner, Jr. | 4/6/2006 |
| Richard Passmore | 4/13/2006 |
| Barry Sircy | 2/6/2006 |
| Tommy Walker | 2/6/2006 |
| Robert Graves | 2/6/2006 |
| George Warren | 2/6/2006 |
| Perry Wayne Middlebrook | 2/6/2006 |
| Richard Crawford | 2/6/2006 |
| Richard Fiser | 2/6/2006 |
| Dan Noonkester | 2/6/2006 |
| Richard Martinez | 2/6/2006 |
| ABF Freight System, Inc. | 1/23/2006 |

D-1444239_1.DOC